## Case No. 6,112.

### In re HARRIS.

[2 N. B. R. 105 (Quarto, 35).] [1]

District Court, S. D. New York. Sept. 17, 1868.

BANKRUPTCY—DISCHARGE—SPECIFICATIONS.

When the specifications filed in opposition to the discharge of a bankrupt are not sustained by the proofs, a discharge will be granted whenever the register shall certify that the bankrupt has conformed to the requirements of the bankrupt law [of 1867 (14 Stat. 517)].

In bankruptcy.

BLATCHFORD, District Judge. None of the specifications filed by the Leather Manufacturers' National Bank are sustained by the proofs, nor is any ground shown for withholding a discharge. A discharge will, therefore, be granted whenever the register shall certify conformity.

[A motion to set aside the proceedings in the Eastern district of New York was denied in Case No. 6,111.]